<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 97-7107**

────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARL ROBERT CHRISTY,

Defendant - Appellant.

────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CR-89-9-F, CA-96-741-5-F)

────────────

Submitted:  May 19, 1998          Decided:  June 22, 1998

────────────

Before ERVIN and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Carl Robert Christy, Appellant Pro Se.  Robert John Erickson, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Robert Christy seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court and deny Appellant's motion to appoint counsel. United States v. Christy, Nos. CR-89-9-F; CA-96-741-5-F (E.D.N.C. June 16, 1997; July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2